UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

Vs. 1:04CR00041-01ML

GREGORY W. HAMILTON
Defendant

DEFENDANT'S MOTION FOR RETURN OF PASSPORT

Now comes Gregory W. Hamilton, defendant in the above captioned matter, and hereby requests that this court return his passport for the reasons set forth in the attached memorandum and grant any further relief that this court deems proper and just.

Gregory W. Hamilton
117 Lorimer Avenue
Providence, RI 02906
401-529-6593
Dated: 1/30/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

Vs. 1:04CR00041-01ML

GREGORY W. HAMILTON
Defendant

# MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR RETURN OF PASSPORT

Defendant, Gregory W. Hamilton, in support of his Motion For Return of Passport, states as follows:

1. Defendant was sentenced in the above matter on July 9, 2004. The sentence imposed was one year of probation along with a civil fine.

2. As evidenced by the attached Satisfaction of Judgment dated March 24, 2005, Defendant has satisfied the civil fine.

3. As evidenced by the attached Notice of Discharge, Defendant completed his probation on July 7, 2005.

4. As the judgment in this matter has been satisfied in full, there are no further restrictions on Defendant's travel and is therefore entitled to return of his passport.

WHEREFORE, Defendant, Gregory W. Hamilton, prays that this court enter an order authorizing the Clerk of this Court to return his passport and granting any further relief deemed proper and just.

Gregory W. Hamilton
117 Lorimer Avenue
Providence, RI 02906
401-529-6593
Dated: 1/30/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

MAR 24 2005

RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff,

vs. 1:04CR00041-01ML

GREGORY W. HAMILTON, Defendant.

SATISFACTION OF JUDGMENT

The monetary portion of the Judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Rhode Island is hereby authorized and empowered to satisfy and cancel the monetary portion of said judgment of record.

UNITED STATES OF AMERICA

By Its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Date: March 24, 2005

UNITED STATES DISTRICT COURT
**OFFICE OF THE PROBATION OFFICER**
District of Rhode Island

2 Exchange Terrace - 3rd Floor
Providence, RI 02903
TEL.: (401) 752-7300
FAX: (401) 752-7399

**BARRY J. WEINER**
**Chief Probation Officer**

# NOTICE OF DISCHARGE

**NAME:** **Gregory Hamilton** **DOCKET NO:** **1:04CR00041-01ML**

**SENTENCE IMPOSED:** 1 year Probation imposed on 07/09/04 **SENTENCE EXPIRED:** 07/08/05

Inasmuch as you have completed service of your sentence on the date shown above, you are hereby discharged from supervision of this office on the above sentence. **By virtue of this discharge, your civil rights have been restored.**

However, the Federal Firearms Act prohibits persons convicted of a felony from purchasing or possessing firearms of any kind. You may apply for relief from this disability through the Bureau of Alcohol Tobacco and Firearms (ATF), Department of the U.S. Treasury, by writing to the following address and requesting the appropriate forms. **It is the ATF policy that you be discharged from supervision at least two years before making application for relief of disability.**

ASST DIRECTOR OF CRIMINAL ENFORCEMENT
BUREAU OF ALCOHOL TOBACCO & FIREARMS
PO BOX 784 BEN FRANKLIN STATION
WASHINGTON, DC 20044

7/7/05
**Date**

Michael Perry
**Michael C. Perry**
**U.S. Probation Officer**

**CERTIFICATION**

I, Gregory W. Hamilton, hereby certify that on January 30, 2008, a true and accurate copy of the attached Defendant's Motion for Return of Passport and Memorandum in support thereof was delivered by first class mail, postage prepaid to Robert C. Corrente, U.S. Attorney, 50 Kennedy Plaza- 8th Floor, Providence, RI 02903.