**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. |
| | : | |
| GREGORY W. HAMILTON | : | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION FOR RETURN OF PASSPORT**

Now comes the United States, by its attorneys, and hereby states that is has no objection to Defendant's Motion for Return of Passport.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Terrence P. Donnelly
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2008, a copy of the within Government's Response to Defendant’s Motion for Return of Passport was filed electronically and is available for viewing and downloading from the ECF system, and was mailed, postage prepaid, to:

Gregory W. Hamilton
117 Lorimer Avenue
Providence, RI 02906

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov